IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Moore, Terina G | Case Number:  08 B 29401 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  10/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 22, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 11,392.69 | 0.00 |
| 2. | Peoples Energy Corp | Unsecured | 286.12 | 0.00 |
| 3. | Brother Loan & Finance | Unsecured | 1,876.28 | 0.00 |
| 4. | Cash Call | Unsecured | 3,045.72 | 0.00 |
| 5. | AAA Checkmate LLC | Unsecured | 1,815.64 | 0.00 |
| 6. | Affinity Cash Loans | Unsecured | 950.52 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 145.32 | 0.00 |
| 8. | Citicash | Unsecured | 614.25 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 11. | Millenium Credit Consultants | Unsecured | | No Claim Filed |
| 12. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 13. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 14. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 15. | First Bank Of Delware | Unsecured | | No Claim Filed |
| 16. | Genesis Financial Services Corp | Unsecured | | No Claim Filed |
| 17. | Forest Park Loan Company | Unsecured | | No Claim Filed |
| 18. | Greater Lakes Specialty Finance | Unsecured | | No Claim Filed |
| 19. | ICS | Unsecured | | No Claim Filed |
| 20. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 21. | Payday Loan | Unsecured | | No Claim Filed |
| 22. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 23. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| | | | $ 20,126.54 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moore, Terina G | Case Number: 08 B 29401 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 10/30/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*